JONATHAN T. REMMEL, Esq.
Nevada Bar No. 8627
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, NV 89107
Telephone: (702) 522-7707
Facsimile: (702) 475-4040
**Email:** jremmel@remmellaw.com
Attorney for Plaintiff
TARISHA SHARNEE JACKSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARISHA SHARNEE JACKSON,<br><br>    Plaintiff<br><br>    v.<br><br>GEICO CHOICE INSURANCE COMPANY dba GEICO; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>    Defendants | Case No.: 2:25-cv-00537-CDS-NJK<br><br>**STIPULATION REQUESTING BRIEFING EXTENSION AND ORDER**<br><br>[ECF No. 11] |

The parties, through their counsel of record, submit the following stipulation and proposed order to extend the deadline for Plaintiff Tarisha S. Jackson to file her opposition to Defendant GEICO Choice Insurance Co.'s Motion to Dismiss Plaintiff's Second and Third Causes of Action (Doc. 7) from April 10, 2025 until April 17, 2025 to allow for the parties to file any Rule 15(a) amendments and further allow Plaintiff's counsel (a solo practitioner) to attend to a previously scheduled family event. The parties also agree that the reply deadline should be extended seven days. The purpose of this extension is not intended to cause undue delay.

| | |
|---|---|
| DATED this 9th day of April, 2025<br>**REMMEL LAW FIRM**<br><br>/s/ Jonathan T. Remmel<br>JONATHAN T. REMMEL, ESQ. (8627)<br>Attorney for Plaintiff<br>TARISHA SHARNEE JACKSON | DATED this 9th day of April, 2025<br>**MCCORMICK BARSTOW, ET AL.**<br><br>/s/ Jonathan Carlson<br>JONATHAN CARLSON, ESQ. (10536)<br>Attorney for Defendant<br>GEICO CHOICE INSURANCE CO. |

REMMEL LAW FIRM
A PROFESSIONAL CORPORATION

**ORDER**

Based on the parties' stipulation, and for good cause shown, IT IS ORDERED that the deadline for plaintiff Tarisha S. Jackson to file her response to defendant Geico Choice Insurance Co.'s motion to dismiss plaintiff's second and third causes of action is extended from April 10, 2025 to April 17, 2025. Any reply is due by April 24, 2025.

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** April 10, 2025