JONATHAN T. REMMEL, ESQ.
Nevada Bar No. 8627
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, Nevada 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiff
TARISHA SHARNEE JACKSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARISHA SHARNEE JACKSON,<br><br>Plaintiff<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES 1 through 10; and ROE CORPORATIONS 2 through 10, inclusive,<br><br>Defendants | Case No.: 2:25-cv-00537-CDS-NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    Plaintiff Tarisha S. Jackson ("Plaintiff"), by and through her counsel, Jonathan T. Remmel, Esq., Defendant GEICO Choice Insurance Company, and Defendant Government Employees Insurance Company (collectively as "Defendants"), by and through their counsel, Dominca C. Anderson, Esq., Daniel Heidtke, Esq., and Ely Markarian, Esq. (collectively as the "Parties"), hereby stipulate and agree to the dismiss with prejudice of any and all claims, cross-claims, or

REMMEL LAW FIRM
A PROFESSIONAL CORPORATION

counter-claims asserted in the above-captioned matter. The parties further agree to bear their own attorney fees and costs. Trial for this matter has not been set.

DATED this 1st day of October, 2025.

**DUANE MORRIS LLP**

/s/ DANIEL B. HEIDTKE
Daniel B. Heidtke (SBN 12975)
*Attorneys for Defendants*
GEICO CHOICE INS. CO.
GOVERNMENT EMPLOYEES INSURANCE CO.

DATED this 1st day of October, 2025.

**REMMEL LAW FIRM**

/s/ JONATHAN T. REMMEL
Jonathan T. Remmel (SBN 8627)
Attorney for Plaintiff
TARISHA S. JACKSON

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2025